**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BEACHCREST CONDOMINIUM OWNERS
ASSOCIATION, INC.,

    Plaintiff,

v.                                         Case No. 3:06cv207/MCR/MD

EMPIRE INDEMNITY INSURANCE COMPANY,

    Defendant.
_____/

**AMENDED ORDER OF DISMISSAL**

    This matter is before the Court upon the parties' Joint Stipulation For Dismissal With Prejudice. (Doc. 44).  The previously entered Order of Dismissal (doc. 43) is amended to the extent this case is dismissed consistent with the parties' joint stipulation.  The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 5th day of March, 2007.

                                                    *s/ M. Casey Rodgers*
                                                 **M. CASEY RODGERS
                                                 United States District Judge**